UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VICTOR GALAN,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 22-cv-3420** |
| | * | |
| **TIMOTHY HOOPER** | * | **SECTION "A" (5)** |
| **RESPONDENT** | * | |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Timothy Hooper, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on November 18, 2022 (Rec. Doc. 4).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until June 28, 2019, to answer Victor Galan's *habeas corpus* petition and to produce the state

court record in the above-captioned matter.

                                            Respectfully submitted,

                                            /s/ Matthew Caplan  
                                            Matthew Caplan  
                                            La. Bar No. 31650  
                                            Assistant District Attorney  
                                            22nd Judicial District – Parishes of  
                                                  St. Tammany and Washington  
                                            701 N. Columbia Street  
                                            Covington, LA 70433

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

        Victor Galan, # 732647  
        Louisiana State Penitentiary  
        17544 Tunica Trace  
        Angola, LA 70712  
        *Petitioner, pro se*.

This 17th day of November, 2022, Covington, Louisiana.

                                            /s/ Matthew Caplan  
                                            Matthew Caplan  
                                            La. Bar No. 31650  
                                            Assistant District Attorney  
                                            22nd Judicial District – Parishes of  
                                                  St. Tammany and Washington  
                                            701 N. Columbia Street  
                                            Covington, LA 70433