## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VICTOR GALAN,** * | | **CIVIL ACTION** |
| **PETITIONER** * | | |
| * | | |
| **VERSUS** * | | **NO. 22-cv-3420** |
| * | | |
| * | | |
| **TIMOTHY HOOPER, WARDEN,** * | | **SECTION "A" (5)** |
| **RESPONDENT** * | | |

## ORDER

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until December 9, 2022, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
MAGISTRATE JUDGE