# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTOR GALAN, <br>     PETITIONER | * <br> * <br> * | CIVIL ACTION <br><br> CASE NO. 22-cv-3420 |
| VERSUS | * <br> * | |
| TIM HOOPER, WARDEN <br>     RESPONDENT | * <br> * <br> * <br> * | SECTION "A" (5) |

## NOTICE OF LODGING OF
## STATE COURT RECORD MATERIALS

MAY IT PLEASE THE COURT:

This is a § 2254 habeas corpus proceeding. The Court has ordered the production of the state court record (Rec. Doc. 4). The respondent respectfully notifies the Court that it has submitted the record to the Court, and has not filed it electronically, pursuant to Rule 13 of the Court's *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings*.

The state record consists of seven volumes, as follows:

<u>Volumes 1-3.</u>     The record of the Louisiana First Circuit Court of Appeal under that court's docket number <u>2018-KA-1481</u>, in which petitioner sought direct review of his conviction and sentence. Volumes 1-2 include all proceedings in the state district court (22nd Judicial District Court, Parish of St. Tammany) under that court's docket number <u>563468</u> up to and including Galan's motion for appeal. Volume 3 contains pleadings filed in the Louisiana First Circuit Court of Appeal.

<u>Volume 4</u>.     The record of the Louisiana Supreme Court under that court's docket number <u>2019-KO-1027</u>, in which petitioner sought review of the Louisiana First Circuit Court of Appeal's decision affirming his conviction.

<u>Volume 5</u>.     The record of the proceedings in the state district court (22nd Judicial District Court, Parish of St. Tammany) under that court's docket number <u>563468</u> subsequent to Galan's motion for appeal.[1] This includes the petitioner's application for post-conviction relief and the ruling thereon.

<u>Volume 6,</u>     The records of the Louisiana First Circuit Court of Appeal under that court's docket number <u>2022-KW-0021</u>, in which petitioner sought review of the state district court's denial of post-conviction relief.

<u>Volume 7</u>.     The record of the Louisiana Supreme Court under that court's docket number <u>2022-KH-00544</u>, in which petitioner sought further review of the ruling denying post-conviction relief.

(Signature page follows.)

---

1  It is customary for the St. Tammany Parish Clerk of Court to "close" a file after a defendant moves for appeal, and then to open a "new" file for all proceedings after the record on appeal has been lodged. Volumes 1-2 are the "old" file; Volume 5 is the "new" file.

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

> Victor Galan, DOC # 732647
> Louisiana State Penitentiary
> 17544 Tunica Trace
> Angola, LA 70712
> *Petitioner, pro se*

This the 9th day of December, 2022, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney