UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR GALAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3420** |
| **TIM HOOPER, WARDEN** | **SECTION "A" (5)** |

# O R D E R

Petitioner Victor Galan, proceeding *pro se*, has included certain exhibits containing identifying, private and confidential information related to the minor rape victim and her minor sibling in this case. Although Fed. R. Civ. Proc. 5.2 exempts a *pro se* petitioner from the obligation to redact the petition and attachments prior to filing, *see* Fed. R. Civ. Proc. 5.2(b)(6) (*pro se* filings) and Fed. R. Civ. Proc. 5.2(b)(3) (official record of a state-court proceeding), the Court retains the authority to issue a protective order for "good cause," as here, to maintain in confidence information concerning a minor victim of sexual assault. Fed. R. Civ. Proc. 5.2(e) (2007 Advisory Committee Notes). Accordingly,

**IT IS ORDERED** that petitioner's Exhibit B - Appendices C, E, F, G and H submitted with his petition (Rec. Docs. 1 <u>and</u> 3)[1] - shall be maintained under **SEAL** pending further order of this Court.

New Orleans, Louisiana, this __2nd__ day of March, 2023.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] The order encompasses a minute entry from April 5, 2018, identifying the full names of the minor children, and the trial transcript excerpts, detailing the identities of the minor victim and family members and the sexual acts), attached as Exhibits to the Uniform Application for Post-Conviction Relief filed in the state district court. For these proceedings, a hard copy of the state court record was submitted by the State in response to the Court's briefing order, and that record includes the documents attached to petitioner's federal application.