
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Jul 31, 2023
CAROL L. MICHEL
CLERK
SMS                    Angola


SCANNED at LSP and Emailed
7-31-23 by  JB  .  4  pages
date       initials   No.

IN THE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

VICTOR GALAN
     *Petitioner*

Versus

TIM HOOPER, Warden
Louisiana State Prison
     *Respondent*

Civil Action   Legal Programs Department

Case No.: 2022-CV-3420

Section: "A" (5)

RECEIVED
JUL 3 1 2023
Legal Programs Department

TENDERED FOR FILING
JUL 31 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

MAY IT PLEASE THE COURT:

  NOW INTO COURT COMES Victor Galan, *pro se* Petitioner, who respectfully submits the following:

  Mr. Galan presents his objections to the Report and Recommendation (R&R) filed by Magistrate Judge Michael B. North on July 24, 2023, and signed for and received by Mr. Galan on July 27, 2023. This written objection timely follows within fourteen (14) days of receipt as required under 28 U.S.C. § 636(b)(1) and *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc). Mr. Galan respectfully objects to the Report and Recommendation (R&R) issued by Magistrate North in its entirety, requests review, and habeas corpus relief from this Honorable Court for the following reasons:

1. **MAGISTRATE JUDGE MICHAEL B. NORTH ERRED IN RECOMMENDING THAT THE CLAIMS IN MR. GALAN'S 28 U.S.C. § 2254 FEDERAL HABEAS CORPUS APPLICATION BE DENIED AND DISMISSED WITH PREJUDICE.**

First, the Magistrate's R&R attacks Mr. Galan' Habeas Corpus Petition as though he should be held to the standards of a professional attorney. A *pro se* Petitioner should not be held to such a standard, and his efforts should be liberally construed. See: *United States v. Glinsey*, 209 F.3d 386, 392 (5th Cir. 2000); *United States v. Kayode*, 777 F.3d 719, 741, n. 5[1] (5th Cir. 2014).

Nonetheless, Mr. Galan has stated viable claims, and has pointed to enough record evidence, to show that he is entitled to federal habeas corpus relief, or at least be afforded an evidentiary hearing in order to fully and fairly present his claims.

Mr. Galan maintains his original arguments and relies on his habeas petition as if copied herein *in extenso*. Mr. Galan contends that Magistrate North has adopted the State's arguments which mischaracterize and misconstrue the issues presented.

Therefore, Mr. Galan respectfully objects to Magistrate Judge Michael B. North's Report and Recommendation, and asks for a *de novo* review of his habeas corpus claims.

---

[1] [FN 5] See, e.g., McNeil v. United States, 508 U.S. 106, 113 S.Ct. 1980, 124 L.Ed.2d 21 (1993) (acknowledging that the Supreme Court has "insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed") (citing Haines v. Kerner, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972), and Estelle v. Gamble, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976). See also Hernandez v. Thaler, 630 F.3d 420, 426 (5th Cir. 2011) ("The filings of a federal habeas petitioner who is proceeding pro se are entitled to the benefit of liberal construction."); Johnson v. Quarterman, 479 F.3d 358, 359 (5th Cir. 2007) (Briefs by pro se litigants are afforded liberal construction...."); Melancon v. Kaylo, 259 F.3d 401, 407 (5th Cir. 2001) (reasoning that the pro se habeas petitioner's argument that he should not be punished for the improper setting of the return date should be construed as a request for equitable tolling, despite his failure to "explicitly raise the issue of equitable tolling").

## CONCLUSION

Wherefore, Victor Galan, Petitioner, *pro se*, respectfully objects to the Report and Recommendation (R&R) filed by Magistrate Judge Michael B. North on July 24, 2023, and prays that this Honorable Court will conduct a *de novo* review of the claims and the record, and after the law and facts being found in his favor, grant his request for a *de novo* review, and grant his petition for federal habeas corpus relief.

Alternatively, this Honorable Court should grant Mr. Galan an evidentiary hearing with appointed counsel wherein evidence, documents and witnesses will be present to support the claims raised in his habeas corpus petition.

Respectfully submitted, *pro se*, this \_\_1\_\_ day of August, 2023.

*Victor Galan*  
Victor Galan #732647  
Camp C - Wolf 2  
LA State Prison  
Angola, LA 70712

## VERIFICATION / CERTIFICATE OF SERVICE

I, Victor Galan, the aforementioned Petitioner, do hereby attest and affirm that the information contained herein is true to the best of my knowledge and belief. Further, that all allegations in the foregoing are those of Victor Galan.

Additionally, I hereby certify that a copy of the foregoing has this date been placed in the designated mailbox at this institution to be scanned and electronically filed in this Court, and a copy has been sent, via U.S. Mail, postage prepaid and properly addressed to:

Warren Montgomery, District Attorney
22nd Judicial District, Justice Center
701 N. Columbia St.
Covington, LA 70433

Done and signed this ___1___ day of August, 2023, at Angola, Louisiana.

_Victor Galan_
Victor Galan #732647
Camp C - Wolf 2
LA State Prison
Angola, LA 70712

4

## eFile-ProSe

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Monday, July 31, 2023 4:20 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #732647161919.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.