UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR GALAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3420** |
| **TIM HOOPER, WARDEN** | **SECTION: "A"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, except that the reference to "the jury" in the first sentence of the first paragraph on page 35 should read "the trial court."

Accordingly,

**IT IS ORDERED** that the petition of Victor Galan for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

October 10, 2023

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**