UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTOR GALAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3420** |
| **TIM HOOPER, WARDEN** | **SECTION: "A"(5)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein (with the noted correction on page 35);

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment against petitioner, Victor Galan, dismissing with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

October 10, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE